Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Angelo D Buckner

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ANGELO D BUCKNER,<br><br>           Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL, Acting,<br>Commissioner of Social,<br><br>           Defendant. | Case No.: 5:18-cv-01581-JPR<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: February 7, 2019

THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

DATE: February 4, 2019

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Brian C. Shapiro*

BY:_____

Brian C. Shapiro
Attorney for plaintiff Angelo D Buckner

## CERTIFICATE OF SERVICE
## FOR CASE NUMBER 5:18-CV-01581-JPR

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 4, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____

Brian C. Shapiro
Attorneys for Plaintiff
_____